UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VICTORIA TILLMAN FELTON** | **CIVIL ACTION** |
| **v.** | **NO: 25-2167** |
| **SEIGEL SELECT LAS VEGAS, ET AL** | **SECTION: C (3)** |

### REASONS AND ORDER

Before the Court is plaintiff's Motion for Entry of Default against defendants, Seigel Select Las Vegas, Seigel Select New Orleans and Kentreal Felder, filed on December 19, 2025 (R. Doc. 7). For the following reasons, the motion is DENIED.

Federal Rule of Civil Procedure 55 provides: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit, or otherwise, the clerk must enter the party's default." Then, the decision to grant or deny a default judgment is within the court's discretion. *In re Chinese Manufactured Drywall Prods. Liab. Litig.*, 742 F.3d 576, 594 (5th Cir. 2014). The court can deny a default judgment when a supporting affidavit lacks sufficient detail or evidence on how the defaulting party was served. See e.g. *Mancia v. JJ Chan Food, Inc.*, No. 3:12-CV-2467-L, 2015 WL 5092600, at *2 (N.D. Tex. Aug. 28, 2015); *Williamwest v. Richardson*, No. CV 21-800, 2021 WL 12226642, at *2

(E.D. La. Nov. 5, 2021) (requiring evidence that an alleged defaulting party was properly served before granting a motion for default judgment).

Here, the request for entry of default is insufficient. Plaintiff failed to attach a supporting affidavit. See Fed. R. Civ. P. art. 55. Plaintiff also failed to provide competent evidence that defendants, Seigel Select Las Vegas, Seigel Select New Orleans and Kentreal Felder, were properly served.

Considering the above and foregoing:

IT IS ORDERED that the Motion for Entry of Default against defendants, Seigel Select Las Vegas, Seigel Select New Orleans and Kentreal Felder, (R. Doc. 7), is DENIED. Failure of plaintiff to provide competent evidence of service upon defendants, Seigel Select Las Vegas, Seigel Select New Orleans and Kentreal Felder, within thirty days of this Reasons and Order may result in dismissal of the action. See Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this __2nd__ day of February 2026

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE